IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| GLYNN S. SPAULDING, ETAL ) | |
| ) | |
| ) | |
| ) | |
| v.             ) | Case No. CV206-134 |
| ) | |
| HONEYWELL INTERNATIONAL, INC.  ) | |
| *formerly known as* ALLIEDSIGNAL, INC. and ) | |
| *formerly known as* ALLIED CHEMICAL CORP) | |

## ORDER

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Partial Summary Judgment #07.
Motion for Judgment on the Pleadings # 09.

SO ORDERED this 8th day of February, 2007.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA